BEFORE THE FIRST DIVISION, NOVEMBER 30, 1938

**No. 39967.**—Protests 912012–G, etc., of S. Lisk & Bro. et al. (New York).

Opinion by McClelland, P. J. The samples are representations of bananas, peaches, cucumbers, tangerines, etc., obviously made of rubber and colored. Concealed, generally in the stems, is a squeaker which makes a noise when the sides are pressed. On the authority of *Veit* v. *United States* (11 Ct. Cust. Appls. 81, T. D. 38732) they were found to be artificial fruits and vegetables and held properly classified at 60 percent under paragraph 1518. *Shallus* v. *United States* (13 Ct. Cust. Appls. 87, T. D. 40937) cited.